EDNA S. TAYLOR, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 25618.)

Argued March 17, 1942; decided April 23, 1942.

*John J. Bennett, Jr., Attorney-General (James H. Glavin, Jr., and William Heinecke, Jr., of counsel), for appellant.*

*William E. J. Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.